PATRICK HOAR, ADMINISTRATOR AD PROSEQUENDUM OF JOHN HOAR, DECEASED, PLAINTIFF, v. PUBLIC SERVICE ELECTRIC COMPANY, DEFENDANT.

Decided August 10, 1926.

**Negligence—Verdict Excessive.**

On rule for new trial.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *Joseph Coult.*

*Contra, Ward & McGinnis.*

PER CURIAM.

Plaintiff has a verdict for $5,500.

The deceased was a boy slightly under seventeen years of age, of limited education, physically strong, but indolent and unambitious.

The only ground urged is that the verdict is excessive. We think it is, and unless plaintiff will consent to a reduction to the sum of $4,000 the rule to show cause will be made absolute.